1  LAW OFFICES OF MELISSA M. BALLARD
2  By:  RUTH D. KAHN, State Bar No.: 122067
   By:  DONALD J. BORDELOVE, State Bar No.: 280370
3  333 South Grand Avenue, Suite 2280
4  Los Angeles, CA 90071
   Phone:  (213) 443-9063 / Fax:  (877) 369-5799
5  E-Mail:  ruth.kahn@thehartford.com
6  **Mailing Address:  P.O. Box 2282, Brea, CA 92822-2282**

7  
   Attorneys for Third-Party Defendant and Cross-Claimant
8  GREEN STAR PRODUCE MARKETING, INC.

9
10                 UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| STEVEN RABINOWITZ,   ) | CASE NO. 3:14-CV-03994 JCS |
| ) | |
| Plaintiff,   ) | **THIRD-PARTY DEFENDANT** |
| ) | **GREEN STAR PRODUCE** |
| vs.   ) | **MARKETING, INC.'S** |
| ) | **REQUEST TO APPEAR** |
| ATHERSTONE FOODS, INC., dba,   ) | **TELEPHONICALLY AT** |
| GLASS ONION CATERING &   ) | **FURTHER CASE** |
| GOURMET FOODS, INC.; and   ) | **MANAGEMENT** |
| TRADER JOE'S COMPANY; and   ) | **CONFERENCE** |
| DOES 1-20, inclusive,   ) | |
| ) | Date Action Filed:  09/03/14 |
| Defendants.   ) | Trial Date:   None |
| ) | |
| _____   ) | Further CMC: 01/30/15 |
| ) | Time: 2:00 p.m. |
| AND ALL RELATED CROSS-   ) | Place: Courtroom "G" |
| ACTIONS   ) | |
| _____   ) | |

27  //
28

                                      1
_____
THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST
TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE

1  **PLEASE TAKE NOTICE** that, Donald J. Bordelove hereby requests to
2  appear telephonically on behalf of Third-Party Defendant Green Star Produce
3  Marketing, Inc. at the Further Case Management Conference currently set for
4  January 30, 2014 at 2:00 P.M. in Courtroom G, 15th Floor, San Francisco of the
5  above-referenced court, as counsel is located in Los Angeles, California.  Donald J.
6  Bordelove's direct landline is (213) 443-9064.

8  Dated: January 21, 2015

9                              LAW OFFICES OF MELISSA M. BALLARD

12                     BY:  _____
13                              RUTH D. KAHN
                               DONALD J. BORDELOVE
14                              Attorneys for Third-Party Defendant and
                               Cross-Claimant, GREEN STAR
15                              PRODUCE MARKETING, INC.

18  IT IS HEREBY ORDERED THAT Mr. Bordelove shall be on phone standby beginning
19  at 2:00 PM and await the Court's call.
    Dated: 1/22/15

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST
TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE

1  (PROOF OF SERVICE BY MAIL -- SECTIONS 1013A, 2015.5 CCP)

2  STATE OF CALIFORNIA )
3  COUNTY OF LOS ANGELES )

4
5      I am a citizen of the United States and am employed in the county identified above. I am over the age of eighteen years and not a party to this action. My business address is: 333 South Grand Ave., Suite 2280, Los Angeles, CA 90071.
6

7
8      On January 21, 2015, I served **THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE** on the interested parties in this action by placing a true copy for each recipient in a sealed envelope addressed as follows:
9
10

11
12      SEE ATTACHED MAILING LIST

13  X    BY THE COURT'S ECF SYSTEM (Northern District of California Local Rule 5)
14

15  X    STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
16

17  X    FEDERAL: I declare that I am employed in the office of member of the bar of this court at whose direction the service was made.
18

19      Executed on January 21, 2015, at Los Angeles, California.
20

21
22  *Mary Cavaliere*
23
24  _____
    MARY CAVALIERE

25
26
27
28

3

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE

1  Frederic L. Gordon, Esq.
2  GORDON & HOLMES
   223 West Date Street
3  San Diego, CA 92101
4  Phone: (619) 696-0444
   Fax:  (619) 696-1144
5  Attorneys for Plaintiffs
6
7  William D. Marler
   MARLER CLARK, LLP, PS
8  1301 Second Avenue, Suite 2800
9  Seattle, WA 98101
   Attorney for Plaintiff Rabinowitz
10
11 Larry J. Crown, Esq.
   Jennings, Haug & Cunningham
12 2800 N. Central Ave., Suite 1800
13 Phoenix, AZ 85004-1049
   Attorney for Plaintiff Rabinowitz
14
15
   Kevin K. Cholakian, Esq.
16 Jeremy S. Jessup, Esq.
   Cholakian & Associates
17 400 Oyster Point Blvd., Ste 415
18 South San Francisco, CA 94080
   Attorney for Atherstone Food dba Glass Onion
19 and Trader Joe's Company
20
21 Theodore W. Hoppe, Esq.
   HOPPE LAW GROUP
22 680 W. Shaw Avenue, Suite 207
23 Fresno, CA 93704
   Attorney for Central Coast Cooling, LLC
24
25
26
27
28

4

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST
TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE