LAW OFFICES OF MELISSA M. BALLARD
By:  RUTH D. KAHN, State Bar No.: 122067
By:  DONALD J. BORDELOVE, State Bar No.: 280370
333 South Grand Avenue, Suite 2280
Los Angeles, CA 90071
Phone:  (213) 443-9063 / Fax:  (877) 369-5799
E-Mail:  ruth.kahn@thehartford.com
**Mailing Address:  P.O. Box 2282, Brea, CA 92822-2282**

Attorneys for Third-Party Defendant and Cross-Claimant
GREEN STAR PRODUCE MARKETING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RABINOWITZ,               ) | CASE NO. 3:14-CV-03994 HSG |
|                                  ) | |
|     Plaintiff,                   ) | **THIRD-PARTY DEFENDANT** |
|                                  ) | **GREEN STAR PRODUCE** |
| vs.                              ) | **MARKETING, INC.'S** |
|                                  ) | **REQUEST TO APPEAR** |
| ATHERSTONE FOODS, INC., dba,     ) | **TELEPHONICALLY AT** |
| GLASS ONION CATERING &           ) | **CASE MANAGEMENT** |
| GOURMET FOODS, INC.; and         ) | **CONFERENCE AND ORDER** |
| TRADER JOE'S COMPANY; and        ) | |
| DOES 1-20, inclusive,            ) | Date Action Filed:  09/03/14 |
|                                  ) | Trial Date:  None |
|     Defendants.                  ) | |
|                                  ) | CMC: 03/31/15 |
| _____  ) | Time: 2:00 p.m. |
|                                  ) | Place: Courtroom 15 |
| AND ALL RELATED CROSS-           ) | |
| ACTIONS                          ) | |
| _____  ) | |

//

1

_____
THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST
TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

1  **PLEASE TAKE NOTICE** that, Donald J. Bordelove hereby requests to
2  appear telephonically on behalf of Third-Party Defendant Green Star Produce
3  Marketing, Inc. at the Case Management Conference currently set for March 31,
4  2015 at 2:00 P.M. in Courtroom15, 18th Floor, 450 Golden Gate Avenue, San
5  Francisco of the above-referenced court, as counsel is located in Los Angeles,
6  California.  Donald J. Bordelove's direct landline is (213) 443-9064.

8  Dated: March 16, 2015

9                          LAW OFFICES OF MELISSA M. BALLARD

12       BY:  _____
13             RUTH D. KAHN
14             DONALD J. BORDELOVE
            Attorneys for Third-Party Defendant and
15             Cross-Claimant, GREEN STAR
16             PRODUCE MARKETING, INC.

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

# ORDER

The Court, having reviewed the above request, and finding GOOD CUASE thereto,

IT IS THEREFORE ORDERED that said request is GRANTED and Third-Party Defendant Green Star Produce Marketing, Inc. is granted permission to appear telephonically at the Case Management Conference currently set for March 31, 2015 at 2:00 P.M. in Courtroom15, 18th Floor, 450 Golden Gate Avenue, San Francisco of the above-referenced court. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 16, 2015    _____
The Honorable Judge Haywood S. Gilliam, Jr.

3

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

(PROOF OF SERVICE BY MAIL -- SECTIONS 1013A, 2015.5 CCP)

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am a citizen of the United States and am employed in the county identified above.  I am over the age of eighteen years and not a party to this action.  My business address is:  333 South Grand Ave., Suite 2280, Los Angeles, CA 90071.

On March 16, 2015, I served **THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties in this action by placing a true copy for each recipient in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

X    BY THE COURT'S ECF SYSTEM (Northern District of California Local Rule 5)

X    STATE:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    FEDERAL: I declare that I am employed in the office of member of the bar of this court at whose direction the service was made.

Executed on March 16, 2015, at Los Angeles, California.

*Mary Cavaliere*

_____
MARY CAVALIERE

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  Harry Stern, Esq.
2  RAINS LUCIA STERN, PC
   220 Montgomery Street, Suite 484
3  San Francisco, CA 94104
4  P: (925) 609-1699 / F: (925) 609-1690
   Attorney for Plaintiff Steven Rabinowitz
5

6  William D. Marler, Esq.
   MARLER CLARK, LLP, PS
7  1301 Second Avenue, Suite 2800
8  Seattle, WA 98101
9  P: (206) 346-1888 / F: (206) 346-1898
   Attorney for Plaintiff Steven Rabinowitz
10

11 Kevin K. Cholakian, Esq.
   Jeremy S. Jessup, Esq.
12 David W. Tate, Esq.
13 CHOLAKIAN & ASSOCIATES
   400 Oyster Point Blvd., Ste 415
14 South San Francisco, CA 94080
15 P: (650) 871-9544 / F: (650) 871-9552
16 Attorneys for Defendants / Cross-Complainants Atherstone Food, Inc. dba Glass
   Onion Catering & Gourmet Foods, Inc., and Trader Joe's Company
17

18 Theodore W. Hoppe, Esq.
   HOPPE LAW GROUP
19 680 W. Shaw Avenue, Suite 207
20 Fresno, CA 93704
21 P: (559) 241-7070 / F: (559) 241-7212
   Attorney for Central Coast Cooling, LLC
22

23 Bradley W. Sullivan, Esq.
   L&G, LLP
24 530 San Benito Street #202
25 Hollister, CA 95023
26 P: (831) 630-9444 / F: (831) 630-5935
   Attorney for Cross-Defendant Ratto Bros, Inc.
27

28

---

THIRD-PARTY DEFENDANT GREEN STAR PRODUCE MARKETING, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER