1  Harry Stern (SBN #176854)
   Email: HStern@RLSlawyers.com
2  RAINS LUCIA STERN, PC
   220 Montgomery Street, Suite 484
3  San Francisco, CA 94104
   Tel: 925-609-1699
   Fax: 925-609-1690
4

5  Associated with:
   William D. Marler (W.S.B.A. #17233)
6  Email: bmarler@marlerclark.com
   Denis W. Stearns (W.S.B.A. #22004)
7  Email: dstearns@marlerclark.com
   (pro hac vice pending)
8  MARLER CLARK, LLP, PS
   1301 Second Avenue, Suite 2800
9  Seattle, WA 98101
   Tel: 206-346-1888
10 Fax: 206-346-1898

11 Attorneys for Plaintiff RABINOWITZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RABINOWITZ,     Plaintiff,     v.  ATHERSTONE FOODS INC., dba, GLASS ONION CATERING & GOURMET FOODS, INC.; TRADER JOE'S COMPANY; and DOES 1-20, inclusive,     Defendants.  AND ALL RELATED CROSS-ACTIONS. | Case No.: 3:14-CV-03994-HSG  **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEHONICALLY AT CASE MANAGEMENT CONFERENCE**  Date Action Filed:  03/23/15  Trial Date:     Not set  CMC:  03/31/15  Time: 2:00 /p.m.  Place:  Courtroom 15 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

**MARLER CLARK, L.L.P., P.S.**
**Attorneys at Law**
**1301 Second Avenue, Suite 2800**
**Seattle, Washington  98101**
**Telephone:  (206) 346-1888**
**Facsimile:  (206) 346-1898**

**ORDER**

The Court, having reviewed the above request, and finding GOOD CAUSE, thereto,

IT IS THEREFORE ORDERED that said request is GRANTED and Plaintiff is granted permission to appear telephonically via CourtCall at the Case management Conference currently set for March 31, 2015 at 2:00 p.m., in Courtroom 15, 18th Floor. 450 Golden Gate Avenue, San Francisco of the above referenced court.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 24, 2015

_____
The Honorable Judge Haywood S. Gilliam, Jr.

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST
TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE

**MARLER CLARK, L.L.P., P.S.**
**Attorneys at Law**
1301 Second Avenue, Suite 2800
Seattle, Washington  98101
Telephone:  (206) 346-1888
Facsimile:  (206) 346-1898

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered attorneys.

/s/ *Harry S. Stern*
Harry Stern, Esq.

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

**MARLER CLARK, L.L.P., P.S.**
**Attorneys at Law**
**1301 Second Avenue, Suite 2800**
**Seattle, Washington  98101**
**Telephone:  (206) 346-1888**
**Facsimile:  (206) 346-1898**