UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RABINOWITZ,<br><br>       Plaintiff,<br><br>    v.<br><br>ATHERSTONE FOODS, INC, et al.,<br><br>       Defendants. | Case No. 14-cv-03994-HSG<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. Nos. 43, 44 |

    The Court has read the parties' Joint Case Management Statement ("JCMS") filed on March 2, 2015. It appears the parties simply refiled the JCMS submitted on January 26, 2015, without any changes. The January JCMS does not provide the required information about the current status of the case (for example, a number of deadlines described in the JCMS as occurring in the future have already passed). Accordingly, the Court ORDERS the parties to comply with its February 13, 2015 reassignment order by submitting a current, updated JCMS by April 1, 2015.

    The Case Management Conference scheduled for March 31, 2015 is VACATED. The parties are ORDERED to appear on April 8, 2015 at 2:00 p.m., in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, California for a rescheduled Case Management Conference. The parties may appear by telephone at the April 8 hearing, and should follow the CourtCall instructions previously provided.

    **IT IS SO ORDERED.**

Dated: 3/30/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge