UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN RABINOWITZ,

    Plaintiff,

  v.

ATHERSTONE FOODS, INC, et al.,

    Defendants.

Case No. 14-cv-03994-HSG

**ORDER RE: RELATED CASE**

Re: Dkt. No. 50, 52

On April 1, 2015 the parties filed a Joint Case Management Statement describing a "related case" in this District: *Kelly & Jeff Taylor v. Glass Onion Catering & Gourmet Foods, Inc., and Trader Joe's Company,* No. 3:15-cv-00242-JCS. At the Case Management Conference held on April 8, 2015, the Court inquired about the related case and directed the parties to submit a Notice of Related Case regarding whether the *Taylor* action is related to the instant action within the meaning of Civil Local Rule 3-12(a). On April 10, 2015, Plaintiff submitted a "Notice of Pendency of Other Action or Proceeding." That notice, however, did not comply with Local Rule 3-12, which applies to cases like *Taylor* that are pending in this district. By no later than April 17, 2015, Plaintiff shall file an Administrative Motion to Consider Whether Cases Should be Related regarding the *Taylor* case, as required by Civil Local Rule 3-12(b) and (d). Plaintiff's filing must comply with every requirement set out in Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: 4/13/2015

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge