| | |
|---|---|
| 1 | Harry S. Stern (SBN 176854) |
| 2 | Email: HStern@RLSlawyers.com |
|   | RAINS LUCIA STERN, PC |
| 3 | 220 Montgomery Street, 15th Floor |
|   | San Francisco, CA 94104 |
| 4 | Tel: 925-609-1699 |
|   | Fax: 925-609-1690 |
| 5 | Associated with: |

1  Harry S. Stern (SBN 176854)
   Email: HStern@RLSlawyers.com
2  RAINS LUCIA STERN, PC
   220 Montgomery Street, 15th Floor
3  San Francisco, CA 94104
   Tel: 925-609-1699
4  Fax: 925-609-1690
5  Associated with:

6  William D. Marler
   (pro hac vice pending)
7  MARLER CLARK, LLP, PS
   1301 Second Avenue, Suite 2800
8  Seattle, WA 98101
9  Tel: 206-346-1888
   Fax: 206-346-1898
10 Email: bmarler@marlerclark.com
   Attorneys for Plaintiff RABINOWITZ
11

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN RABINOWITZ, | Case No.: 3:14-CV-03994-HSG |
| Plaintiff, | |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL** |
| ATHERSTONE FOODS, INC., dba GLASS ONION CATERING & GOURMET FOODS, INC.; TRADER JOE'S COMPANY; and DOES 1-20, inclusive | |
| AND THIRD PARTY CROSS ACTIONS | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

All parties in this action who have appeared hereby stipulate, pursuant to F.C.R.P. Rule 41 as follows:

---

259 070I                           -1-
**NOTICE OF VOLUNTARY DISMISSAL**

1. Plaintiff Steven Rabinowitz voluntarily dismisses with prejudice the Complaint in this action with all parties to bear their own costs;
2. Third Party Plaintiff/Defendant Trader Joe's Company voluntarily dismisses with prejudice its Third Party Complaint with all parties to bear their own costs;
3. Third Party Plaintiff/Defendant Atherstone Foods, Inc. voluntarily dismisses with prejudice its Third Party Complaint with all parties to bear their own costs;
4. Third Party Plaintiff/Third Party Defendant/Cross Complainant/Cross Defendant Green Star Produce Marketing, Inc. voluntarily dismisses with prejudice its Third Party Complaint with all parties to bear their own costs;
5. Third Party Plaintiff/Third Party Defendant/Cross Complainant/Cross Defendant Green Star Produce Marketing, Inc. voluntarily dismisses with prejudice its Cross-Complaint with all parties to bear their own costs;
6. Third Party Defendant/Cross Complainant/Cross Defendant Melvin T. Wheeler & Sons, LLC voluntarily dismisses with prejudice its Cross-Complaint with all parties to bear their own costs;
7. Third Party Defendant/Cross Complainant/Cross Defendant Roest Family Dairy voluntarily dismisses with prejudice its Cross-Complaint with all parties to bear their own costs;

Date:                                          MARLER CLARK, LLP, PS

                                               /s/  William Marler
                                               William Marler
                                               Attorneys for Plaintiff

Date:                                          CHOLAKIAN & ASSOCIATES

                                               /s/  Kevin Cholakian
                                               Kevin Cholakian
                                               Attorneys for Defendants Trader Joe's and Atherstone Foods

Date:                                        TARKINGTON, O'NEILL, BARRACK & CHONG


  /s/  Malcolm Barrack
Malcolm Barrack
Attorneys for Cross-Claimant/Third Party Defendants MELVIN T. WHEELER and ROEST FAMILY DAIRY

I declare under penalty of perjury that all parties have met and conferred and agree upon all statements as set forth in this Stipulation of Voluntary Dismissal and that all signatures have been obtained by all counsel for the purpose of filing this Stipulation of Voluntary Dismissal in this matter, pursuant to *Local Rule 5-1(I)*.

CHOLAKIAN & ASSOCIATES

 _/s/_ Brian J. Finn
Brian J. Finn
Attorneys for Defendants Trader Joe's and Atherstone Foods



259 070I

-3-
**NOTICE OF VOLUNTARY DISMISSAL**